# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**REMILIEN DARELUS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-894

[February 22, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2016-CF-001107-AMB.

Carey Haughwout, Public Defender, and Cassandra Pierre, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, Alexandra A. Folley, and Karen E. Ehrlich, Assistant Attorneys General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***